FILED
October 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003016554

1 | ROBERT HAWKINS #131159
   | ATTORNEY AT LAW
2 | 1849 NORTH HELM, SUITE 110
   | FRESNO, CALIFORNIA 93727
3 | (559) 255-0555

4 | Attorney for Chapter 7 Trustee,
5 | Sheryl Strain

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-10653-A-7F<br>DC No. RH-3 |
| GUSTAVO CERVANTES, | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY**<br>(11 U.S.C. §363) |
| Debtor.<br>_____/ | Date: December 1, 2010<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Sheryl Strain respectfully represents:

1. She is the duly appointed, qualified, and acting trustee for the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about January 24, 2010, and an order for relief was entered. Sheryl Strain was appointed Chapter 7 Trustee on or about January 24, 2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. Section 1334(b) and (d), Section 157(b)(2)(N), and 11 U.S.C. Section 363. This is a core proceeding.

4. Among the assets of this estate is an interest in real property commonly known as 5742 James Road, Tranquility, California. The property is community property, co-owned by the debtor's ex-wife.

5. The Trustee has obtained an offer from Gloria Espinosa Nunez to purchase the entire subject property for the total sum of $60,000.00 cash.

6. The Trustee has agreed to pay a commission to Strachan Commercial Real Estate in the amount of six percent (6%) of the purchase price in connection with the sale. The employment of Strachan Commercial Real Estate has been previously approved by this Court.

7. The property is being sold subject to existing liens and encumbrances to be paid through escrow. The Trustee has reviewed the Preliminary Report which indicates that the property is not subject to any existing liens or encumbrances. The Trustee has reviewed the property title record which indicates that the property is co-owned by the debtor's ex-wife, Elodia Cervantes. After payment of the debtor's allowed exemption in the property and costs of sale, the Trustee expects the estate to net approximately $40,744.00 from the property. The Trustee will hold the debtor's claimed exemption in the amount of $14,456.00 pending stipulation of the parties or further court order.

8. Said offer is the best and highest offer received for the property and, in the opinion of the Trustee, said offer is for the full and fair market value of the property. Sale is subject to higher and better bid in increments of $1,000.00.

9. The Trustee believes that confirmation of the sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that, after appropriate notice and opportunity to be heard, she be authorized to sell the entire community real property to Gloria Espinosa Nunez, or nominee, for the total sum of $60,000.00, subject to higher and better offer at the hearing on confirmation of said sale, and that the Court authorize the payment of ordinary sale costs as contemplated by the parties in order to close escrow.

**DATED**: OCTOBER 20, 2010

/S/
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee